1128

No. 94–9206. AZIZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–9209. MELONCON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9210. ANTONELLI v. GETTY. C. A. 8th Cir. Certiorari denied.

No. 94–9216. HAMMOUDE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–9218. GILBERT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–9222. SMITH v. DRUG ENFORCEMENT AGENCY ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–9223. MARTIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9225. GALLEGO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9238. REED v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–7810. A. ST. P. C. v. B. C. Sup. Ct. La. Motion of American Coalition for Abuse Awareness et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 94–1580. COSSETT ET AL. v. CLINTON ET AL., 514 U. S. 1097;

No. 94–8045. IN RE SOLIMINE, 514 U. S. 1062;

No. 94–8261. COLEMAN v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 514 U. S. 1072;

No. 94–8702. TSCHUOR v. UNITED STATES, 514 U. S. 1092; and

No. 94–8726. IN RE VISINTINE, 514 U. S. 1081. Petitions for rehearing denied.

No. 94–5856. JACOBS v. MISSOURI, 513 U. S. 969; and